■ JAMES N. SZAFRANSKI, Appellant, v NICHOLAS BIRO et al., Defendants, and MARIN CONCRETE COMPANY, INC., et al., Respondents. — Order unanimously affirmed, without costs, for the reasons stated in the memorandum decision at Special Term, Ostrowski, J. (Appeal from order of Supreme Court, Erie County, Ostrowski, J. — dismiss complaint.) Present — Dillon, P. J., Simons, Doerr, Moule and Schnepp, JJ.

■ In the Matter of WATERLOO EDUCATION ASSOCIATION, Appellant, v WATERLOO CENTRAL SCHOOL DISTRICT, Respondent. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from judgment of Supreme Court, Seneca County, De Pasquale, J. — confirm arbitrator's award.) Present — Simons, P. J., Hancock, Jr., Callahan, Denman and Boomer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HAMID A. AZEEM, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Niagara County Court, Hannigan, J. — petit larceny.) Present — Dillon, P. J., Hancock, Jr., Denman, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO SMITH, Appellant. — Judgment unanimously affirmed (see *People v Esteves,* 41 NY2d 826). (Appeal from judgment of Niagara County Court, Di Florio, J. — robbery, third degree.) Present — Dillon, P. J., Hancock, Jr., Denman, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BOBBI L. WILLIAMS, Also Known as CHARLES EARL BUDD, Appellant. — Judgment unanimously affirmed. Memorandum: Although the predicate felony which formed the basis for defendant's bargained sentence was more than 10 years old, defendant's sentence as a predicate felon was valid under the statute because of his intervening incarceration (see Penal Law, § 70.06, subd 1, par [b], cl [v]). (Appeal from judgment of Onondaga County Court, Gale, J. — burglary, second degree.) Present — Simons, J. P., Callahan, Doerr, Boomer and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALDEN WALKER, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Denman, J. — burglary, first degree, and assault, third degree.) Present — Simons, J. P., Callahan, Doerr, Boomer and Moule, JJ.